| AO 10<br>Rev. 1/2011 | **FINANCIAL DISCLOSURE REPORT**<br>**FOR CALENDAR YEAR 2010** | *Report Required by the Ethics*<br>*in Government Act of 1978*<br>*(5 U.S.C. app. §§ 101-111)* |

| 1. Person Reporting (last name, first, middle initial)<br><br>BERZON, MARSHA S. | 2. Court or Organization<br><br>U.S. CA. NINTH CIRCUIT | 3. Date of Report<br><br>05/13/2011 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. CIRCUIT JUDGE - ACTIVE | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,   Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>5b. ☐   Amended Report | 6. Reporting Period<br><br>01/01/2010<br>to<br>12/31/2010 |
| 7. Chambers or Office Address<br><br>95 SEVENTH STREET<br>P.O. BOX 1939393<br>SAN FRANCISCO, CA 94119-3939 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

2011 MAY 16 A 10: 15 RECEIVED FINANCIAL DISCLOSURE OFFICE

**Berzon, Marsha S.**

| Name of Person Reporting | Date of Report |
|---|---|
| BERZON, MARSHA S. | 05/13/2011 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 06/16/2010 | GOLDEN GATE UNIVERSITY SCHOOL OF LAW, PARIS PROGRAM, TEACHING | $2,000.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2010 | SELF-EMPLOYED ATTORNEY |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | AMERICAN BAR ASSOCIATION | 5/12/2010 - 5/14/2010 | ISTANBUL, TURKEY | EDUCATIONAL ACTIVITY | TRAVEL, LODGING, MEALS |
| 2. | AMERICAN LAW INSTITUTE | 9/11/2010 - 9/12/2010 | PHILADELPHIA, PA | CIVIC ORG. ACTIVITY | TRAVEL, LODGING, MEALS |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BERZON, MARSHA S. | 05/13/2011 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BERZON, MARSHA S. | 05/13/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. BANK OF AMERICA ACCOUNTS | A | Interest | M | T | | | | | |
| 2. CITIBANK CD | D | Interest | N | T | | | | | |
| 3. US BANK CD (FORMERLY PACIFIC NATIONAL) | D | Interest | N | T | | | | | |
| 4. FIRST REPUBLIC BANK CD (FORMERLY MERRILL LYNCH) *2 | D | Interest | N | T | | | | | |
| 5. BANK OF AMERICA C/O FIRST REP (FORMERLY MERRILL LYNCH) *2 | D | Interest | | | | | | | |
| 6. UNION BANK CD | | None | N | T | Open | 02/01/10 | N | | |
| 7. STERLING BANK & TRUST | D | Interest | N | T | Open | 02/02/10 | N | | |
| 8. COCA COLA COMPANY - COMMON STOCK | B | Dividend | L | T | | | | | |
| 9. COMCAST CORP NEW CL A - COMMON STOCK | A | Dividend | J | T | | | | | |
| 10. CORNING INC - COMMON STOCK | B | Dividend | M | T | | | | | |
| 11. LSI CORPORATION - COMMON STOCK | | None | J | T | | | | | |
| 12. NSTAR - COMMON STOCK | A | Dividend | J | T | | | | | |
| 13. PEPSICO INCORPORATED - COMMON STOCK | A | Dividend | K | T | | | | | |
| 14. PUB SVC ENT GROUP INC - COMMON STOCK | A | Dividend | J | T | | | | | |
| 15. VERIZON COMMUNICATIONS - COMMON STOCK | A | Dividend | J | T | | | | | |
| 16. VODAFONE GROUP NEW ADR F | A | Dividend | J | T | | | | | |
| 17. DREYFUS ACTIVE MIDCAP FUND | A | Dividend | M | T | | | | | |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3. Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
(See Column C2)    U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| BERZON, MARSHA S. | 05/13/2011 |

## VII. INVESTMENTS and TRUSTS _– income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)_

☐ NONE _(No reportable income, assets, or transactions.)_

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end<br>of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18. DREYFUS APPRECIATION FD | A | Dividend | K | T | | | | | |
| 19. DREYFUS EMERGING LEADERS FUND | A | Dividend | L | T | | | | | |
| 20. EMBARCADERO ABSOLUTE (FORMERLY EMBARCADERO SMALL CAP) | | None | J | T | | | | | |
| 21. EMBARCADERO MARKET(FORMERLY EMBARCADERO ALL CAP GROWTH FUND) | | None | K | T | | | | | |
| 22. RS MID CAP OPPORTUNITIES FUND | | None | O | T | | | | | |
| 23. SCHWAB PREMIER EQUITY SELECT SHARES | A | Dividend | M | T | | | | | |
| 24. SCH CA MUNI MONEY FD (SWEEP) | A | Dividend | L | T | | | | | |
| 25. SCHWAB CA MUNI MONEY FD (NON-SWEEP) | A | Dividend | L | T | | | | | |
| 26. FIDELITY CA AMT TAX FREE MMKT INST CLASS | B | Interest | P1 | T | | | | | |
| 27. PSP# ▨▨▨▨ ACCOUNT) *3 | | None | | | | | | | |
| 28. -INVESCO CAPITAL DEVELOPMENT FUND-CLASS A (FORMERLY AIM) | | | | | Sold | 02/08/10 | L | | |
| 29. -INVESCO INTERNATIONAL SMALL CO FD -CL A (FORMERLY AIM) | | | | | Sold | 02/08/10 | L | | |
| 30. -INVESCO GLOBAL EQUITY FUND - CLASS A (FORMERLY AIM) | | | | | Sold | 02/08/10 | L | | |
| 31. -INVESCO MULTI-SECTOR FUND - CLASS A (FORMERLY AIM) | | | | | Sold | 02/08/10 | K | | |
| 32. IRA#1 ▨▨▨ ACCOUNT) | C | Dividend | M | T | | | | | |
| 33. -AMCAP FUND - CLASS A | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BERZON, MARSHA S. | 05/13/2011 |

## VII. INVESTMENTS and TRUSTS  *– income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 34. | -WASHINGTON MUTUAL INVESTORS FUND - CLASS A | | | | | | | | | |
| 35. | PSRP#1 ▓▓▓▓ ACCOUNT) *3 | | None | | | | | | | |
| 36. | -AMERICAN FUNDS - EUROPACIFIC GROWTH FUND - CL A" | | | | | Sold | 01/28/10 | K | | |
| 37. | -AMERICAN FUNDS - THE GROWTH FUND OF AMERICA - CL A" | | | | | Sold | 01/28/10 | L | | |
| 38. | -AMERICAN FUNDS - THE NEW ECONOMY FUND - CL A" | | | | | Sold | 01/28/10 | K | E | |
| 39. | -AMERICAN FUNDS - NEW PERSPECTIVE FUND - CL A" | | | | | Sold | 01/28/10 | K | | |
| 40. | -AMERICAN FUNDS - CAPITAL WORLD GROWTH AND INCOME FUND - CL | | | | | Sold | 01/28/10 | L | | |
| 41. | -AMERICAN FUNDS - FUNDAMENTAL INVESTORS - CL A" | | | | | Sold | 01/28/10 | K | E | |
| 42. | -AMERICAN FUNDS - THE INVESTMENT COMPANY OF AMERICA - CL A" | | | | | Sold | 01/28/10 | J | | |
| 43. | -AMERICAN FUNDS - WASHINGTON MUTUAL INVESTORS FUND - CL A" | | | | | Sold | 01/28/10 | K | | |
| 44. | -AMERICAN FUNDS - THE INCOME FUND OF AMERICA - CL A" | | | | | Sold | 01/28/10 | L | | |
| 45. | -AMERICAN FUNDS - AMERICAN BALANCED FUND - CL A" | | | | | Sold | 01/28/10 | K | | |
| 46. | -AMERICAN FUNDS - AMERICAN FUNDS MONEY MARKET FUND-A | | | | | Sold | 01/28/10 | K | | |
| 47. | -VANGUARD 500 INDEX FUND | | | | | Sold | 01/28/10 | K | | |
| 48. | -VANGUARD EMERGING MARKETS STOCK INDEX | | | | | Sold | 01/28/10 | K | | |
| 49. | IRA#2 | E | Dividend | P1 | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BERZON, MARSHA S. | 05/13/2011 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 50. -AMERICAN FUNDS - EUROPACIFIC GROWTH FUND - CL A | | | | | | | | | |
| 51. -AMERICAN FUNDS - THE GROWTH FUND OF AMERICA - CL A | | | | | | | | | |
| 52. -AMERICAN FUNDS - NEW PERSPECTIVE FUND - CL A | | | | | | | | | |
| 53. -AMERICAN FUNDS - -CAPITAL WORLD GROWTH AND INCOME FUND-CL A | | | | | | | | | |
| 54. -AMERICAN FUNDS - -FUNDAMENTAL INVESTORS - CL A | | | | | | | | | |
| 55. -AMERICAN FUNDS - THE INVESTMENT COMPANY OF AMERICA - CL A | | | | | | | | | |
| 56. -AMERICAN FUNDS - CAPITAL INCOME BUILDER - A | | | | | | | | | |
| 57. -AMERICAN FUNDS - THE INCOME FUND OF AMERICA - CL A | | | | | | | | | |
| 58. -AMERICAN FUNDS - AMERICAN BALANCED - CL A | | | | | | | | | |
| 59. ▨▨ CAPITAL ACCOUNT IN LAW FIRM PARTNERSHIP *1 | C | Interest | K | U | | | | | |
| 60. ACCOUNTRAX RETIREMENT ACCOUNT ▨▨ *3 | E | Dividend | O | T | | | | | |
| 61. -AMERICAN FUNDS - FUNDAMENTAL INVESTORS R6 | | | | | Buy | 02/11/10 | K | | |
| 62. -AMERICAN FUNDS - FUNDAMENTAL INVESTORS R6 | | | | | Buy (add'l) | 02/11/10 | J | | |
| 63. -AMERICAN FUNDS - FUNDAMENTAL INVESTORS R6 | | | | | Buy (add'l) | 02/11/10 | J | | |
| 64. -AMERICAN FUNDS - FUNDAMENTAL INVESTORS R6 | | | | | Buy (add'l) | 02/11/10 | J | | |
| 65. -AMERICAN FUNDS - FUNDAMENTAL INVESTORS R6 | | | | | Sold (part) | 03/08/10 | K | B | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BERZON, MARSHA S. | 05/13/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 66. -AMERICAN FUNDS - FUNDAMENTAL INVESTORS R6 | | | | | Sold (part) | 03/08/10 | J | A | |
| 67. -FIDELITY SPARTAN 500 INDEX FUND | | | | | Buy | 02/02/10 | J | | |
| 68. -FIDELITY SPARTAN 500 INDEX FUND | | | | | Buy (add'l) | 02/02/10 | J | | |
| 69. -FIDELITY SPARTAN 500 INDEX FUND | | | | | Buy (add'l) | 03/08/10 | J | | |
| 70. -FIDELITY SPARTAN 500 INDEX FUND | | | | | Buy (add'l) | 03/08/10 | M | | |
| 71. -FIDELITY SPARTAN 500 INDEX FUND | | | | | Buy (add'l) | 04/14/10 | J | | |
| 72. -FIDELITY SPARTAN 500 INDEX FUND | | | | | Buy (add'l) | 04/19/10 | J | | |
| 73. -AMERICAN FUNDS - CAP WORLD GRO. & INC. FUND R6 | | | | | Buy | 02/11/10 | L | | |
| 74. -AMERICAN FUNDS - CAP WORLD GRO. & INC. FUND R6 | | | | | Buy (add'l) | 02/11/10 | K | | |
| 75. -AMERICAN FUNDS - CAP WORLD GRO. & INC. FUND R6 | | | | | Buy (add'l) | 02/11/10 | J | | |
| 76. -AMERICAN FUNDS - CAP WORLD GRO. & INC. FUND R6 | | | | | Buy (add'l) | 02/11/10 | J | | |
| 77. -AMERICAN FUNDS - CAP WORLD GRO. & INC. FUND R6 | | | | | Buy (add'l) | 02/12/10 | L | | |
| 78. -AMERICAN FUNDS - CAP WORLD GRO. & INC. FUND R6 | | | | | Buy (add'l) | 02/12/10 | J | | |
| 79. -AMERICAN FUNDS - CAP WORLD GRO. & INC. FUND R6 | | | | | Sold (part) | 03/08/10 | J | A | |
| 80. -AMERICAN FUNDS - CAP WORLD GRO. & INC. FUND R6 | | | | | Sold (part) | 03/08/10 | J | A | |
| 81. -AMERICAN FUNDS - CAP WORLD GRO. & INC. FUND R6 | | | | | Sold (part) | 03/08/10 | J | A | |
| 82. -AMERICAN FUNDS - CAP WORLD GRO. & INC. FUND R6 | | | | | Sold | 03/08/10 | M | D | |

| 1. Income Gain Codes: | A =$1,001 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BERZON, MARSHA S. | 05/13/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 83. -AMERICAN FUNDS - EUROPACIFIC GROWTH FUND R6 | | | | | Buy | 02/11/10 | J | | |
| 84. -AMERICAN FUNDS - EUROPACIFIC GROWTH FUND R6 | | | | | Buy (add'l) | 02/11/10 | K | | |
| 85. -AMERICAN FUNDS - EUROPACIFIC GROWTH FUND R6 | | | | | Sold (part) | 03/08/10 | K | A | |
| 86. -AMERICAN FUNDS - EUROPACIFIC GROWTH FUND R6 | | | | | Sold | 03/08/10 | J | A | |
| 87. -AMERICAN FUNDS - GROWTH FUND OF AMERICA R6 | | | | | Buy | 02/11/10 | K | | |
| 88. -AMERICAN FUNDS - GROWTH FUND OF AMERICA R6 | | | | | Buy (add'l) | 02/12/10 | J | | |
| 89. -AMERICAN FUNDS - GROWTH FUND OF AMERICA R6 | | | | | Buy (add'l) | 02/12/10 | J | | |
| 90. -AMERICAN FUNDS - GROWTH FUND OF AMERICA R6 | | | | | Buy (add'l) | 02/12/10 | K | | |
| 91. -AMERICAN FUNDS - GROWTH FUND OF AMERICA R6 | | | | | Buy (add'l) | 02/11/10 | J | | |
| 92. -AMERICAN FUNDS - GROWTH FUND OF AMERICA R6 | | | | | Buy (add'l) | 02/11/10 | J | | |
| 93. -AMERICAN FUNDS - GROWTH FUND OF AMERICA R6 | | | | | Sold (part) | 03/08/10 | K | B | |
| 94. -AMERICAN FUNDS - GROWTH FUND OF AMERICA R6 | | | | | Sold (part) | 03/08/10 | K | B | |
| 95. -AMERICAN FUNDS - GROWTH FUND OF AMERICA R6 | | | | | Sold (part) | 03/08/10 | J | A | |
| 96. -AMERICAN FUNDS - GROWTH FUND OF AMERICA R6 | | | | | Sold (part) | 03/08/10 | L | C | |
| 97. -AMERICAN FUNDS - GROWTH FUND OF AMERICA R6 | | | | | Sold (part) | 03/08/10 | J | A | |
| 98. -AMERICAN FUNDS - GROWTH FUND OF AMERICA R6 | | | | | Sold | 03/08/10 | J | A | |
| 99. -COLUMBIA ACORN INTERNATIONAL FUND (Z) | | | | | Buy | 02/12/10 | L | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BERZON, MARSHA S. | 05/13/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 100. -COLUMBIA ACORN INTERNATIONAL FUND (Z) | | | | | Buy (add'l) | 02/12/10 | J | | |
| 101. -COLUMBIA ACORN INTERNATIONAL FUND (Z) | | | | | Sold (part) | 03/08/10 | L | C | |
| 102. -COLUMBIA ACORN INTERNATIONAL FUND (Z) | | | | | Sold | 03/08/10 | J | A | |
| 103. -T. ROWE PRICE MID-CAP GROWTH FUND | | | | | Buy | 02/12/10 | L | | |
| 104. -T. ROWE PRICE MID-CAP GROWTH FUND | | | | | Buy (add'l) | 02/12/10 | J | | |
| 105. -T. ROWE PRICE MID-CAP GROWTH FUND | | | | | Sold (part) | 03/08/10 | L | C | |
| 106. -T. ROWE PRICE MID-CAP GROWTH FUND | | | | | Sold | 03/08/10 | J | A | |
| 107. -VANUARD WELLINGTON FUND (ADM) | | | | | Buy | 02/11/10 | K | | |
| 108. -VANUARD WELLINGTON FUND (ADM) | | | | | Buy (add'l) | 02/11/10 | L | | |
| 109. -VANUARD WELLINGTON FUND (ADM) | | | | | Buy (add'l) | 02/11/10 | J | | |
| 110. -VANUARD WELLINGTON FUND (ADM) | | | | | Buy (add'l) | 02/11/10 | J | | |
| 111. -VANUARD WELLINGTON FUND (ADM) | | | | | Sold (part) | 03/08/10 | J | A | |
| 112. -VANUARD WELLINGTON FUND (ADM) | | | | | Sold | 03/08/10 | L | C | |
| 113. -YACKTMAN FUND | | | | | Buy | 02/11/10 | K | | |
| 114. -YACKTMAN FUND | | | | | Buy (add'l) | 02/11/10 | J | | |
| 115. -YACKTMAN FUND | | | | | Sold (part) | 03/08/10 | K | B | |
| 116. -YACKTMAN FUND | | | | | Sold | 03/08/10 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BERZON, MARSHA S. | 05/13/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 117. -VANGUARD PRIME MONEY MARKET | | | | | Buy | 02/11/10 | K | | |
| 118. -VANGUARD PRIME MONEY MARKET | | | | | Buy (add'l) | 02/11/10 | J | | |
| 119. -VANGUARD PRIME MONEY MARKET | | | | | Sold (part) | 03/08/10 | K | | |
| 120. -VANGUARD PRIME MONEY MARKET | | | | | Sold | 03/08/10 | J | | |
| 121. -VANGUARD TARGET RETIREMENT INCOME FUND (INV) | | | | | Buy | 03/08/10 | K | | |
| 122. -VANGUARD TARGET RETIREMENT INCOME FUND (INV) | | | | | Buy (add'l) | 03/08/10 | K | | |
| 123. -VANGUARD TARGET RETIREMENT INCOME FUND (INV) | | | | | Buy (add'l) | 03/08/10 | K | | |
| 124. -VANGUARD TARGET RETIREMENT INCOME FUND (INV) | | | | | Buy (add'l) | 03/08/10 | K | | |
| 125. -VANGUARD TARGET RETIREMENT INCOME FUND (INV) | | | | | Buy (add'l) | 03/08/10 | K | | |
| 126. -VANGUARD TARGET RETIREMENT INCOME FUND (INV) | | | | | Buy (add'l) | 03/08/10 | K | | |
| 127. -VANGUARD TARGET RETIREMENT INCOME FUND (INV) | | | | | Buy (add'l) | 03/08/10 | J | | |
| 128. -VANGUARD TARGET RETIREMENT INCOME FUND (INV) | | | | | Buy (add'l) | 03/08/10 | J | | |
| 129. -VANGUARD TARGET RETIREMENT INCOME FUND (INV) | | | | | Buy (add'l) | 03/08/10 | J | | |
| 130. -VANGUARD TARGET RETIREMENT INCOME FUND (INV) | | | | | Buy (add'l) | 03/08/10 | J | | |
| 131. -VANGUARD TARGET RETIREMENT INCOME FUND (INV) | | | | | Buy (add'l) | 03/08/10 | J | | |
| 132. -VANGUARD TARGET RETIREMENT INCOME FUND (INV) | | | | | Buy (add'l) | 04/14/10 | J | | |
| 133. -VANGUARD TARGET RETIREMENT INCOME FUND (INV) | | | | | Buy (add'l) | 04/19/10 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BERZON, MARSHA S. | 05/13/2011 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 134. -VANGUARD TARGET RETIREMENT 2015 FUND (INV) | | | | | Buy | 03/08/10 | J | | |
| 135. -VANGUARD TARGET RETIREMENT 2015 FUND (INV) | | | | | Buy (add'l) | 03/08/10 | J | | |
| 136. -VANGUARD TARGET RETIREMENT 2015 FUND (INV) | | | | | Buy (add'l) | 03/08/10 | L | | |
| 137. -VANGUARD TARGET RETIREMENT 2015 FUND (INV) | | | | | Buy (add'l) | 03/08/10 | L | | |
| 138. -VANGUARD TARGET RETIREMENT 2015 FUND (INV) | | | | | Buy (add'l) | 03/08/10 | J | | |
| 139. -VANGUARD TARGET RETIREMENT 2015 FUND (INV) | | | | | Buy (add'l) | 03/08/10 | J | | |
| 140. -VANGUARD TARGET RETIREMENT 2015 FUND (INV) | | | | | Buy (add'l) | 04/14/10 | J | | |
| 141. -VANGUARD TARGET RETIREMENT 2015 FUND (INV) | | | | | Buy (add'l) | 04/19/10 | J | | |
| 142. -VANGUARD TARGET RETIREMENT 2025 FUND (INV) | | | | | Buy | 03/08/10 | L | | |
| 143. -VANGUARD TARGET RETIREMENT 2025 FUND (INV) | | | | | Buy (add'l) | 03/08/10 | L | | |
| 144. -VANGUARD TARGET RETIREMENT 2025 FUND (INV) | | | | | Buy (add'l) | 03/08/10 | K | | |
| 145. -VANGUARD TARGET RETIREMENT 2025 FUND (INV) | | | | | Buy (add'l) | 03/08/10 | J | | |
| 146. -VANGUARD TARGET RETIREMENT 2025 FUND (INV) | | | | | Buy (add'l) | 03/08/10 | J | | |
| 147. -VANGUARD TARGET RETIREMENT 2025 FUND (INV) | | | | | Buy (add'l) | 03/08/10 | J | | |
| 148. -VANGUARD TARGET RETIREMENT 2025 FUND (INV) | | | | | Buy (add'l) | 04/14/10 | J | | |
| 149. -VANGUARD TARGET RETIREMENT 2025 FUND (INV) | | | | | Buy (add'l) | 04/19/10 | J | | |
| 150. -OPPENHEIMER DEVELOPING MARKETS FUND (INV) | | | | | Buy | 02/02/10 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BERZON, MARSHA S. | 05/13/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 151. -OPPENHEIMER DEVELOPING MARKETS FUND (INV) | | | | | Buy (add'l) | 02/02/10 | J | | |
| 152. -OPPENHEIMER DEVELOPING MARKETS FUND (INV) | | | | | Sold (part) | 03/08/10 | K | A | |
| 153. -OPPENHEIMER DEVELOPING MARKETS FUND (INV) | | | | | Sold | 03/08/10 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BERZON, MARSHA S. | 05/13/2011 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

*1 THE EARNINGS REPORTED IN PART VII REPRESENT THE ▓▓▓▓ DISTRIBUTIVE SHARE OF PARTNERSHIP NTEREST INCOME.

*2 CD STARTED AS MERRILL LYNCH, BECAME BANK OF AMERICA THEN BECAME FIRST REPUBLIC.

*3 IN 2010, ▓▓▓▓ RETIREMENT ACCOUNTS PSP#1 AND PSRP#1 WERE TRANSFERRED TO A DIFFERENT N ESTMENT PLATFORM AND COMBINED; NOW LABELLED ACCOUNTRAX.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544